212

Submitted on record and appellant's brief March 5, affirmed March 12, petition for rehearing denied April 7, 1970. Petition for review denied by Supreme Court May 19, 1970

STATE OF OREGON, *Respondent, v.*
KENNETH FRED TEEMAN,
*Appellant.*

465 P2d 915

*Ken C. Hadley,* Deputy Public Defender, Salem, filed the brief for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

No appearance for respondent.

Before SCHWAB, Chief Judge, and FORT and BRANCHFIELD, Judges.

PER CURIAM.

The defendant, having been found guilty of a felony by a jury, appeals.[1]

His sole contention on appeal is that under the Constitution of the United States the defendant was entitled to have the jury instructed that to find him guilty the jurors must unanimously agree as to his guilt. This issue has been decided *contra* to the defendant's contention in *State v. Gann*, 254 Or 549, 463 P2d 570 (1969).

Affirmed.

---

[1] This appeal does not involve a first-degree murder conviction.